## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Date: 6/5/14**

In re:   Case No.:   04–18833 RAG     Chapter:   7

Roger W. Buckley                                          Debra L Buckley
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT:   73 – Motion to Withdraw Unclaimed Funds from Court Registry in the Amount of $2516.33 Filed by Resurgent Capital Services LP . (Arter, Laurie)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 6/19/14.**

CURE:   1. Proof of identification must be provided for the claimant.
2. The full tax identification for Resurgent must be provided.
3. Proof that Latoya McDowell can act on Resurgent's behalf.
4. W–9 is incorrect, should be signed by an agent of Resurgent.

CONSEQUENCE:   Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Laurie Arter  301–344–3327

cc:   Debtor(s)
Attorney for Debtor(s) – PRO SE
Creditor – Resurgent Capital Services LP

Form defntc (11/2013)