

_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:　Case No.:　04–18833 – RAG　Chapter:　7

| | |
|---|---|
| Roger W. Buckley<br>5863 Hunt Hill Drive<br>Unit 12–07<br>Elkridge, MD 21075 | Debra L Buckley<br>5863 Hunt Hill Drive<br>Unit 12–07<br>Elkridge, MD 21075 |

Deficient Pleading No. – [73]

Motion to Withdraw Unclaimed Funds

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

　Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

　ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc:　Debtor(s)
　　　Attorney for Debtor(s) – PRO SE
　　　Chapter 7 Trustee – Mark J. Friedman
　　　U.S. Trustee
　　　Interested Party – Resurgent Capital Services LP

### End of Order

14.1 – larter